UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL Q. TIRADO,

Plaintiff,

v.

DURANTE,

Defendant.

No. 2:26-CV-01022 DAD SCR P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. Nos. 2, 6)

Plaintiff, a state prisoner proceeding *pro se*, filed this civil rights action on March 17, 2026, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On August 18, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied and that his complaint be dismissed without leave to amend for failure to state a cognizable federal claim, but without prejudice to his filing an action in state court. (Doc. No. 6.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 5.) Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations (Doc. No 6) are adopted in full;
2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED;
3. Plaintiff's complaint is dismissed without leave to amend for failure to state a federal claim for relief, but without prejudice to the claims proceeding in an action filed in state court; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE